Donald L. Lambright, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and OWEN, Circuit Judges.

PER CURIAM: *

Jose Rosendo Garza appeals his sentence following his guilty-plea conviction for possession with intent to distribute more than 50 grams of methamphetamine. He argues that the district court erred in denying him a minor-role adjustment to his offense level under U.S.S.G. § 3B1.2(b). Garza asserts that he was a minor participant because he was a courier and had limited knowledge of the conspiracy and drugs transported.

As Garza did not preserve this issue in the district court, we review for plain error. *See United States v. Washington*, 480 F.3d 309, 313 (5th Cir.2007). Pursuant to § 3B1.2(b), a district court may decrease a defendant's offense level by two levels if the defendant was a minor participant. An adjustment for a minor role applies to a defendant "who is less culpable that most other participants, but whose role could not be described as minimal." § 3B1.2, comment. (n.5). The district court did not plainly err in denying Garza a minor-role adjustment. Accordingly, Garza's sentence is affirmed.

Although Garza's sentence is affirmed, there is a clerical error in the record. The indictment and plea agreement charged Garza with possession with intent to distribute more than 50 grams of methamphetamine, whereas the judgment reflected that Garza was convicted of possession with intent to distribute more than 50 kilograms of methamphetamine. Accordingly, this matter is remanded to the district court for correction of the clerical error in the judgment pursuant to FED. R.CRIM.P. 36.

AFFIRMED; REMANDED FOR CORRECTION OF CLERICAL ERROR IN JUDGMENT

UNITED STATES of America, Plaintiff–Appellee,

v.

Felipe ANZALDUA, Defendant–Appellant.

No. 06–41025

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 23, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern Dis-

---

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

Felipe Anzaldua appeals the sentence imposed following his guilty-plea conviction of possessing with the intent to distribute approximately 38 kilograms of marijuana. He argues that the district court clearly erred in denying him a minor-role adjustment pursuant to U.S.S.G. § 3B1.2.

The district court's finding that Anzaldua was not a minor participant in his offense of conviction is plausible in light of the record as a whole and, thus, is not clearly erroneous. *See United States v. Villanueva*, 408 F.3d 193, 203–04 (5th Cir.), *cert. denied*, 546 U.S. 910, 126 S.Ct. 268, 163 L.Ed.2d 241 (2005).

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.